IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERTS-EXCHANGE LLC<br><br>          Plaintiff,<br>v.<br><br>WWW.ALLFAQ.ORG, ET AL<br><br>          Defendant.                              / | NO. CV 10-03842 DMR<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY** |

On August 27, 2010, counsel for Plaintiff filed a Complaint, docket #1, Summons, docket #2 and a Civil Cover Sheet manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff should submit the Complaint, docket #1, Summons, docket #2 and the Civil Cover Sheet, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: September 14, 2010

*Cynthia J. Lenahan*

Cynthia Lenahan
Deputy Clerk

United States District Court
For the Northern District of California