UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPERTS-EXCHANGE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WWW.ALLFAQ.ORG ET AL,<br><br>　　　　Defendants.<br>_____ / | No. C-10-3842-DMR<br><br>**DECLINATION TO PROCEED BEFORE<br>A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A<br>UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/12/2010

Signature: _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")