1  C. DENNIS LOOMIS, Bar No. 82359
   BAKER & HOSTETLER LLP
2  12100 Wilshire Boulevard, 15th Floor
   Los Angeles, California  90025-7120
3  Telephone:   310.820.8800
   Facsimile:   310.820.8859
4  Email:       cdloomis@bakerlaw.com

5  Attorneys for Plaintiff
   EXPERTS-EXCHANGE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| EXPERTS-EXCHANGE LLC, | Case No.  CV10-03842 JW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| WWW.ALLFAQ.ORG and NGO QUANG VU, individually, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff EXPERTS-EXCHANGE LLC, by and through its attorneys of record, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-captioned action without prejudice.  Rule 41(a)(1)(A)(i) permits plaintiff to voluntarily dismiss this action without a court order by filing a notice of dismissal as no opposing party has served either an answer or a motion for summary judgment.

Dated:  December 13, 2010          BAKER & HOSTETLER LLP


                                    /s/C. Dennis Loomis

                                    Attorneys for Plaintiff
                                    EXPERTS-EXCHANGE LLC